# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWN NATHAN WRIGHT, | ) | Case No. CV 12-2833 PA (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MATTHEW L. CATE, *et al.*, | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _March 22, 2014

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE